**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Order Filed on May 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Christine P. Kruse

_____

| | |
|---|---|
| In Re: | ) Case No.:  20-11925 (JKS) |
| | ) |
| | ) Chapter:  13 |
| **Christine P. Kruse** | ) Judge:  John K. Sherwood |
| | ) |
| | ) Hearing Date:  5/14/20 @ 10:00 a.m. |
| Debtor | ) |

_____

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 20, 2020**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

1

Case No.:  20-11925 (JKS)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$7,245.00** for services rendered and expenses in the amount of **$126.85** for a total of **$7,371.85.**  The allowance shall be payable:

  **X**      through the Chapter 13 Plan as an administrative priority.

- $7,371.85 less $2,500.00 retainer:  $4,871.85

  **X**      Plan Payments will increase

- Current Plan payments are:  $1,250.00

- Beginning June 1, 2020, Plan payments will increase to $1,335.00

United States Bankruptcy Court
District of New Jersey

```
In re:                                                    Case No. 20-11925-JKS
Christine P. Kruse                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin           Page 1 of 1              Date Rcvd: May 21, 2020
                              Form ID: pdf903       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db              +Christine P. Kruse,   159 Vista Terrace,   Pompton Lakes, NJ 07442-1476
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0
```

```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor   SPECIALIZED LOAN SERVICING, LLC
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
         Ralph A Ferro, Jr    on behalf of Debtor Christine P. Kruse ralphferrojr@msn.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 4
```