Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  20−11925−JKS
                        Chapter:  13
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christine P. Kruse
   fka Christine Kruse−Zitt, fka Christine Zitt
   159 Vista Terrace
   Pompton Lakes, NJ 07442

Social Security No.:
   xxx−xx−2767

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       11/12/20
Time:      10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney

COMMISSION OR FEES
$7700.00

EXPENSES
$34.95

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 7, 2020
JAN:

                                                                                             Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 20-11925-JKS

Christine P. Kruse                                                                             Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                 Page 1 of 3
Date Rcvd: Oct 07, 2020                       Form ID: 137                                Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine P. Kruse, 159 Vista Terrace, Pompton Lakes, NJ 07442-1476 |
| 518697300 | + | Barclays Bank, 125 S West Street, Wilmington, DE 19801-5014 |
| 518697306 | + | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 518733676 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518697312 | + | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518782575 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518697310 | + | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518697311 | + | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1271 |
| 518697315 | + | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518697319 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 518697316 | + | Scott Piekarsky, Esq., Phillips Nizer, 433 Hackensack Avenue, #803, Hackensack, NJ 07601-6453 |
| 518697317 | + | Second Round Sub, LP, 4150 Freidrich Lane, Suite 1, Austin, TX 78744-1052 |
| 518796597 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518697318 | | Specialized Loan Servicing, LLC, 8472 Lucent Blvd, Suite 300, Littleton, CO 80129 |
| 518697320 | + | Summit Falls Condo Association, Inc., 91 Clinton Road, Suite 2 D, Fairfield, NJ 07004-2913 |
| 518697322 | + | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518697323 | + | Wells Fargo Home Mortgage, Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2020 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2020 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2020 22:57:15 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518697301 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Oct 07 2020 22:17:00 | Bridgecrest Formerly DriveTime, Box 29018, Phoenix, AZ 85038-9018 |
| 518697302 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 07 2020 22:56:01 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 518717113 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Oct 07 2020 22:17:00 | Carvana, LLC, PO Box 29018, Phoenix AZ 85038-9018 |
| 518697303 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2020 22:16:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 518697304 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2020 22:16:00 | Comenity Bank/NWYRK&CO, Box 182789, Columbus, OH 43218-2789 |

Case 20-11925-JKS    Doc 40    Filed 10/09/20    Entered 10/10/20 00:59:16    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 137 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518697305 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2020 22:56:03 | Credit One Bank, Box 98872, Las Vegas, NV 89193-8872 |
| 518697307 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2020 22:16:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 518697308 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 07 2020 22:56:00 | JPMCB Card Services, Box 15369, Wilmington, DE 19850 |
| 518728232 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2020 22:55:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518697309 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2020 22:56:37 | Merrick Bank, Box 9201, Old Bethpage, NY 11804-9001 |
| 518697313 | + | Email/PDF: cbp@onemainfinancial.com | Oct 07 2020 22:55:57 | One Main, Box 1010, Evansville, IN 47708-1464 |
| 518714182 | + | Email/PDF: cbp@onemainfinancial.com | Oct 07 2020 22:55:57 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 518802145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2020 22:56:03 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 518759134 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2020 22:57:21 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518697314 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2020 22:56:04 | Portfolio Recovery Services, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 518791896 | | Email/Text: bnc-quantum@quantum3group.com | Oct 07 2020 22:17:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518697321 | | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2020 22:57:15 | Synchrony Bank, Box 965004, Orlando, FL 32896-5004 |
| 518698194 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2020 22:55:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518793693 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 07 2020 22:56:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518733702 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Antonio G. Bonanni | on behalf of Creditor CARVANA LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Christine P. Kruse ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5