UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
HLADIK, ONORATO & FEDERMAN, LLP
Antonio Bonanni, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorney for CARVANA, LLC

In Re:

CHRISTINE P. KRUSE

Order Filed on October 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 20-11925-JKS

Hearing Date: 10/08/2020 @ 10:00am

Chapter: 13

Judge: JOHN K. SHERWOOD

Recommended Local Form:  ☐ Followed  ☒ Modified

## ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

DATED: October 20, 2020

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | CARVANA, LLC |
| Applicant's Counsel: | Antonio Bonanni, Esquire |
| Debtor's Counsel: | Ralph A Ferro, Jr, Esquire |
| Property Involved ("Collateral"): | 2016 BUICK ENCORE, VIN #KL4CJFSB9GB684065 |
| Relief sought: | ☒ Motion for relief from the automatic stay |
| | ☐ Motion to dismiss |
| | ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings |

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for __8__ months, from __02/22/2020__ to __09/22/2020__.

    ☒ The Debtor is overdue for __8__ payments at $510 per month.

    ☒ The Debtor is assessed for __1__ late charges at $5.00 per month.

    ☐ Applicant acknowledges funds in the amount of $_____ in Debtor's suspense.

    Total Arrearages Due: $4,085.00.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

    ☒ Beginning on 10/22/2020, regular monthly mortgage payments shall continue to be made in the amount of $510.00.

    ☒ Beginning on 10/22/2020, additional monthly cure payments shall be made in the amount of $200.00 for 4 months.

2

☒ A final payment shall be made in the amount of $3,285.00. Payment shall be made no later than 01/31/2021.

3. Payments to the Secured Creditor shall be made to the following address(es):

Carvana LLC

P.O. Box 29018

Phoenix, AZ 85038

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, or the instant Bankruptcy case converts to a Chapter 7, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ The Debtor will tender the immediate payment by way of Certified Funds. All future monthly payments will also be tendered in Certified funds.

☒ The Debtor will provide proof of insurance to Movant by 10/30/2020.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☐ The Applicant is awarded attorney's fees of $_____, and costs of $_____.

    The fees and costs are payable:

    ☐ through the Chapter 13 plan.

    ☐ to the Secured Creditor within_____days.

☒ Attorney's fees are not awarded.


/s/ Antonio, Bonanni
Antonio, Bonanni, Esquire
Attorney for Movant
Hladik, Onorato & Federman, LLP


/s/ _____
Ralph A Ferro, Jr, Esquire
Attorney for Debtor


                                                                           /s/ _____
                                                                           Honorable John K. Sherwood

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-11925-JKS
Christine P. Kruse  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 21, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

**Recip ID        Recipient Name and Address**
db              + Christine P. Kruse, 159 Vista Terrace, Pompton Lakes, NJ 07442-1476

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

**Name**                **Email Address**

Antonio G. Bonanni
    on behalf of Creditor CARVANA  LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com

Denise E. Carlon
    on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Ralph A Ferro, Jr
    on behalf of Debtor Christine P. Kruse ralphferrojr@msn.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5