Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20−11925−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Christine P. Kruse
  fka Christine Kruse−Zitt, fka Christine Zitt
  159 Vista Terrace
  Pompton Lakes, NJ 07442

Social Security No.:
  xxx−xx−2767

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/10/20 at 10:00 AM

to consider and act upon the following:

**44** – Creditor's Certification of Default (related document:31 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of SPECIALIZED LOAN SERVICING, LLC. Objection deadline is 11/20/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

**45** – Certification in Opposition to (related document:44 Creditor's Certification of Default (related document:31 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of SPECIALIZED LOAN SERVICING, LLC. Objection deadline is 11/20/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor SPECIALIZED LOAN SERVICING, LLC) filed by Ralph A Ferro Jr on behalf of Christine P. Kruse. (Ferro, Ralph)

Dated: 11/17/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court