Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−11925−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Christine P. Kruse
  fka Christine Kruse−Zitt, fka Christine Zitt
  159 Vista Terrace
  Pompton Lakes, NJ 07442

Social Security No.:
  xxx−xx−2767

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       3/25/21
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney

COMMISSION OR FEES
$3700.00

EXPENSES
$23.45

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 25, 2021
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christine P. Kruse  
    Debtor

Case No. 20-11925-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Feb 25, 2021     Form ID: 137     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine P. Kruse, 159 Vista Terrace, Pompton Lakes, NJ 07442-1476 |
| 518697300 | + | Barclays Bank, 125 S West Street, Wilmington, DE 19801-5014 |
| 518697306 | + | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 518733676 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518697312 | + | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518782575 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518697310 | + | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518697311 | + | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 518697315 | + | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518697319 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 518697316 | + | Scott Piekarsky, Esq., Phillips Nizer, 433 Hackensack Avenue, #803, Hackensack, NJ 07601-6453 |
| 518697317 | + | Second Round Sub, LP, 4150 Freidrich Lane, Suite 1, Austin, TX 78744-1052 |
| 518796597 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518697318 |   | Specialized Loan Servicing, LLC, 8472 Lucent Blvd, Suite 300, Littleton, CO 80129 |
| 518697320 | + | Summit Falls Condo Association, Inc., 91 Clinton Road, Suite 2 D, Fairfield, NJ 07004-2913 |
| 518697322 | + | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518697323 | + | Wells Fargo Home Mortgage, Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Feb 25 2021 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 25 2021 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 21:47:19 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518697301 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Feb 25 2021 20:43:00 | Bridgecrest Formerly DriveTime, Box 29018, Phoenix, AZ 85038-9018 |
| 518697302 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 25 2021 21:47:24 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 518717113 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Feb 25 2021 20:43:00 | Carvana, LLC, PO Box 29018, Phoenix AZ 85038-9018 |
| 518697303 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2021 20:42:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 518697304 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2021 20:42:00 | Comenity Bank/NWYRK&CO, Box 182789, Columbus, OH 43218-2789 |

Case 20-11925-JKS    Doc 65    Filed 02/27/21    Entered 02/28/21 00:19:31    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: 137 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518697305 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2021 21:46:45 | Credit One Bank, Box 98872, Las Vegas, NV 89193-8872 |
| 518697307 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2021 20:42:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 518697308 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 25 2021 21:46:41 | JPMCB Card Services, Box 15369, Wilmington, DE 19850 |
| 518728232 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2021 21:47:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518697309 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2021 21:46:36 | Merrick Bank, Box 9201, Old Bethpage, NY 11804-9001 |
| 518697313 | + | Email/PDF: cbp@onemainfinancial.com | Feb 25 2021 21:47:57 | One Main, Box 1010, Evansville, IN 47708-1464 |
| 518714182 | + | Email/PDF: cbp@onemainfinancial.com | Feb 25 2021 21:47:57 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 518802145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 21:47:30 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 518759134 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 21:48:08 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518697314 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 21:46:47 | Portfolio Recovery Services, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 518791896 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2021 20:42:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518697321 | | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 21:46:38 | Synchrony Bank, Box 965004, Orlando, FL 32896-5004 |
| 518698194 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 21:47:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518793693 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 25 2021 21:47:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518733702 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021          Signature:      /s/Joseph Speetjens

Case 20-11925-JKS    Doc 65    Filed 02/27/21    Entered 02/28/21 00:19:31    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 25, 2021 | Form ID: 137 | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Antonio G. Bonanni | on behalf of Creditor CARVANA LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Christine P. Kruse ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5