| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Christine P. Kruse<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–2767 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    2/4/20 |
| Case number: | 20–11925–JKS | Date case converted to chapter: | 7    8/18/21 |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Christine P. Kruse | |
| 2. | **All other names used in the last 8 years** | fka Christine Kruse–Zitt, fka Christine Zitt | |
| 3. | **Address** | 159 Vista Terrace<br>Pompton Lakes, NJ 07442 | |
| 4. | **Debtor's attorney**<br>Name and address | Ralph A Ferro Jr<br>Ralph A Ferro, Jr, Esq Law Offices<br>66 East Main Street, 3rd Floor<br>Little Falls, NJ 07424 | Contact phone 973–200–0988<br>Email: ralphferrojr@msn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David Wolff<br>Law Offices of David Wolff LLC<br>396 Route 34<br>Matawan, NJ 07747 | Contact phone 732–566–1189 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | MLK Jr Federal Building | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Contact phone 973–645–4764<br><br>Date: 8/18/21 |
| 7. | **Meeting of creditors** | **September 13, 2021 at 09:30 AM** | Location: |
| | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 11/12/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 20-11925-JKS
Christine P. Kruse                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 3
Date Rcvd: Aug 18, 2021        Form ID: 309A        Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine P. Kruse, 159 Vista Terrace, Pompton Lakes, NJ 07442-1476 |
| 518697306 | + | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 518733676 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518697312 | + | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518697315 | + | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518697319 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 518697316 | + | Scott Piekarsky, Esq., Phillips Nizer, 433 Hackensack Avenue, #803, Hackensack, NJ 07601-6453 |
| 518796597 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518697318 | | Specialized Loan Servicing, LLC, 8472 Lucent Blvd, Suite 300, Littleton, CO 80129 |
| 518697320 | + | Summit Falls Condo Association, Inc., 91 Clinton Road, Suite 2 D, Fairfield, NJ 07004-2913 |
| 518697322 | + | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ralphferrojr@msn.com | Aug 18 2021 20:29:00 | Ralph A Ferro, Jr, Ralph A Ferro, Jr, Esq Law Offices, 66 East Main Street, 3rd Floor, Little Falls, NJ 07424 |
| tr | + | EDI: BDWOLFF.COM | Aug 19 2021 00:33:00 | David Wolff, Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 18 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 18 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518697300 | + | EDI: TSYS2.COM | Aug 19 2021 00:33:00 | Barclays Bank, 125 S West Street, Wilmington, DE 19801-5014 |
| 518697301 | + | EDI: DVTM.COM | Aug 19 2021 00:33:00 | Bridgecrest Formerly DriveTime, Box 29018, Phoenix, AZ 85038-9018 |
| 518697302 | + | EDI: CAPITALONE.COM | Aug 19 2021 00:33:00 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 518717113 | + | EDI: DVTM.COM | Aug 19 2021 00:33:00 | Carvana, LLC, PO Box 29018, Phoenix AZ 85038-9018 |
| 518697303 | + | EDI: WFNNB.COM | Aug 19 2021 00:33:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 518697304 | + | EDI: WFNNB.COM | Aug 19 2021 00:33:00 | Comenity Bank/NWYRK&CO, Box 182789, Columbus, OH 43218-2789 |
| 518697305 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 18 2021 20:43:38 | Credit One Bank, Box 98872, Las Vegas, NV 89193-8872 |
| 518697307 | | EDI: IRS.COM | Aug 19 2021 00:33:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 518697308 | | EDI: JPMORGANCHASE | Aug 19 2021 00:33:00 | JPMCB Card Services, Box 15369, Wilmington, DE 19850 |
| 518728232 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2021 20:43:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518697309 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2021 20:43:38 | Merrick Bank, Box 9201, Old Bethpage, NY 11804-9001 |
| 518697310 | + | EDI: MID8.COM | Aug 19 2021 00:33:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518782575 | + | EDI: MID8.COM | Aug 19 2021 00:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518697311 | + | EDI: MID8.COM | Aug 19 2021 00:33:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 518697313 | + | EDI: AGFINANCE.COM | Aug 19 2021 00:33:00 | One Main, Box 1010, Evansville, IN 47708-1464 |
| 518714182 | + | EDI: AGFINANCE.COM | Aug 19 2021 00:33:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 518802145 | | EDI: PRA.COM | Aug 19 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 518759134 | | EDI: PRA.COM | Aug 19 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518697314 | + | EDI: PRA.COM | Aug 19 2021 00:33:00 | Portfolio Recovery Services, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 518791896 | | EDI: Q3G.COM | Aug 19 2021 00:33:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518697317 | + | EDI: SECONDROUND.COM | Aug 19 2021 00:33:00 | Second Round Sub, LP, 4150 Freidrich Lane, Suite 1, Austin, TX 78744-1052 |
| 518697321 | | EDI: RMSC.COM | Aug 19 2021 00:33:00 | Synchrony Bank, Box 965004, Orlando, FL 32896-5004 |
| 518698194 | + | EDI: RMSC.COM | Aug 19 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518793693 | + | EDI: AIS.COM | Aug 19 2021 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518697323 | + | EDI: WFFC.COM | Aug 19 2021 00:33:00 | Wells Fargo Home Mortgage, Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518733702 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 18, 2021 | Form ID: 309A | Total Noticed: 40 |

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021          Signature:     /s/Joseph Speetjens