UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **CHRISTINE P. KRUSE**

Case No.: 20-11925-JKS
Chapter: 7
Judge: John K. Sherwood

### NOTICE OF PROPOSED ABANDONMENT

**David Wolff**, **Trustee** in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable **John K. Sherwood** on **October 26, 2021** at **10:00** a.m. at the United States Bankruptcy Court, Courtroom no. **3D**. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real property located at 159 Vista Terrace, Pompton Lakes, New Jersey
Value: $348,000.00

Liens on property:
Specialized Loan LLC $285,000.00

Amount of equity claimed as exempt:
$22,617.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Christine P. Kruse  
    Debtor

Case No. 20-11925-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Sep 27, 2021     Form ID: pdf905     Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine P. Kruse, 159 Vista Terrace, Pompton Lakes, NJ 07442-1476 |
| 518697300 | + | Barclays Bank, 125 S West Street, Wilmington, DE 19801-5014 |
| 518697306 | + | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 518733676 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518697312 | + | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518697315 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 518697319 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 518697316 | + | Scott Piekarsky, Esq., Phillips Nizer, 433 Hackensack Avenue, #803, Hackensack, NJ 07601-6453 |
| 518796597 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518697318 | | Specialized Loan Servicing, LLC, 8472 Lucent Blvd, Suite 300, Littleton, CO 80129 |
| 518697320 | + | Summit Falls Condo Association, Inc., 91 Clinton Road, Suite 2 D, Fairfield, NJ 07004-2913 |
| 518697322 | + | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518697323 | + | Wells Fargo Home Mortgage, Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 20:43:26 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518697301 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Sep 27 2021 20:34:00 | Bridgecrest Formerly DriveTime, Box 29018, Phoenix, AZ 85038-9018 |
| 518697302 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 20:43:26 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 518717113 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Sep 27 2021 20:34:00 | Carvana, LLC, PO Box 29018, Phoenix AZ 85038-9018 |
| 518697303 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 20:34:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 518697304 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 20:34:00 | Comenity Bank/NWYRK&CO, Box 182789, Columbus, OH 43218-2789 |
| 518697305 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 20:43:34 | Credit One Bank, Box 98872, Las Vegas, NV 89193-8872 |
| 518697307 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 27 2021 20:34:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 518697308 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 20:43:38 | JPMCB Card Services, Box 15369, Wilmington, DE 19850 |
| 518728232 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2021 20:43:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518697309 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2021 20:43:27 | Merrick Bank, Box 9201, Old Bethpage, NY 11804-9001 |
| 518697310 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 20:34:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518782575 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 20:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518697311 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 20:34:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 518697313 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 20:43:26 | One Main, Box 1010, Evansville, IN 47708-1464 |
| 518714182 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 20:43:32 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 518802145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 20:43:34 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 518759134 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 20:43:27 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518697314 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 20:43:40 | Portfolio Recovery Services, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 518791896 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 20:34:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518697317 | + | Email/Text: bankruptcy@second-round.com | Sep 27 2021 20:34:00 | Second Round Sub, LP, 4150 Freidrich Lane, Suite 1, Austin, TX 78744-1052 |
| 518697321 | | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 20:43:32 | Synchrony Bank, Box 965004, Orlando, FL 32896-5004 |
| 518698194 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 20:43:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518793693 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 28 2021 07:37:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518733702 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Antonio G. Bonanni | on behalf of Creditor CARVANA LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| David Wolff | dwtrustee@verizon.net NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ralph A Ferro, Jr | on behalf of Debtor Christine P. Kruse ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5