Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20–11925–JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Christine P. Kruse
    fka Christine Kruse–Zitt, fka Christine Zitt
    159 Vista Terrace
    Pompton Lakes, NJ 07442

Social Security No.:
    xxx–xx–2767

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION


    I  Lucinda Chapman , Deputy Clerk hereby certify that there have been no objections filed relative to the
Notice of Proposed Abandonment:

Description of Property (if applicable):

Real property located at 159 Vista Terrace, Pompton Lakes, New Jersey.


Dated: October 20, 2021
JAN: lc

Jeanne Naughton
Clerk